**THE GENERAL SHIP REPAIR CORPORATION**  
1449 Key Highway  
Baltimore, Maryland 21230-5191  
U.S.A.



Phone: 410/752-7620  
Fax: 410/752-4650  
Email: info@generalshiprepair.com

| | | |
|---|---|---|
| **TO:** TUG MS JANET  c/o T. Parker Host  150 W. Main Street, Suite 1600  Norfolk, VA 23510  ATTN: Don Milligan | **AND OWNERS** | DATE: July 31, 2019  PROPOSAL NO. 128-19  INVOICE NO. 30150  YOUR ORDER NO. |

**TERMS: DUE AND PAYABLE WHEN RENDERED**

**IMPORTANT TERMS AND CONDITIONS:** Work will be performed by us only upon the terms and conditions set forth on the reverse of the invoice/ proposal which shall be deemed to have been accepted by the customer upon arrival of the vessel at our yard, or upon commencement of marine or non-marine work by us at any location.

**TOTAL**

## TUG MS JANET
## DRYDOCK & REPAIR

1. **DRYDOCK**
   Furnish labor, material and equipment to block and haul the vessel.  On completion of all repairs undock same.  Furnish necessary linehandlers to shift the vessel into and out of the drydock. (If weather conditions warrant, there could be an additional charge for an assist tug.)
   $5,500.00
   Placement and removal of ballasting weights. (If necessary for drydocking trim)
   No Charge
   Furnish labor equipment and materials to travel to vessel, take offset dimensions of bilges to create docking plan for vessel.
   $1,280.00

2. **LAYDAYS**
   Furnish necessary lay days on drydock to complete all repairs.  Lay days begin upon entering sill of drydock and end upon departing sill of drydock.   There is a charge for each day or part thereof.
   $650.00 per day x 19 days    $12,350.00

3. **SERVICES**
   a. Gangway                                              $500.00
   b. Shore Power Connect & Disconnect                     $975.00
   c. Shore Power Daily           $95.00 Per day x 19      $1,805.00
   d. Marine Chemist              $950.00/ Visit x 2       $1,900.00
   e. Competent Person Report     $95.00/ Report x 6       $570.00
   f. Porta Pot                   $100.00/week  x2         $200.00
   g. Crane Service               $250.00/hr
   h. Fork Service                $150.00/hr

Note:  Marine Chemist and Competent person reports do not include any Gas Freeing services that may be required to obtain Hot work Certificate.

**THE GENERAL SHIP REPAIR CORPORATION**  Phone: 410/752-7620
1449 Key Highway                          Fax: 410/752-4650
Baltimore, Maryland 21230-5191            Email: info@generalshiprepair.com
U.S.A.

PROPOSAL NO. 30150

4. **RUDDERS**
   Furnish labor equipment and materials to remove and reinstall ships rudder.
   Cancelled

5. **PROPELLERS**
   Furnish labor equipment and materials to remove and reinstall propellers.
   $3,188.00 per Propeller x 2        $6,376.00

6. **TAIL SHAFTS**
   Furnish labor equipment and materials to remove and reinstall tailshafts.
   $5,388.00 per Shaft x 2            $10,776.00
   Furnish labor equipment and materials to check bearing clearances prior to shaft removal and provide report.
   $125.00 per Bearing  x 4           $500.00

7. **BEARINGS**
   a. Furnish labor equipment and materials to remove and reinstall stern tube or strut bearings (cost of bearing priced below).
   $2,680.00 per Bearing x 4          $10,720.00
   b. Furnish labor equipment and material to install piano wire bearing alignment check.
   $750 per wire x 2                  $1,500.00
   c. Furnish labor equipment and materials to chock fast bearing in place.
   $1,950.00 per bearing x2           $3,900.00

   d. Furnish Cutlass bearings, 7 ½" ID Flanged bearing (part # GLOBE)
   $3,174.00 Per bearing x 4          $12,696.00

8. **TAILSHAFT READINGS**
   a. Furnish labor equipment and materials to rotate stbd shaft 180 deg and re-measure bearing clearances
   $145.00
   b. Furnish labor equipment and materials to perform tail shaft run out in place and provide report.
   $1,160.00

9. **PRESSURE WASH HULL**
   a. Furnish labor equipment and materials to pressure wash hull (to 5000 psi) from Keel to waterline).
   $3,698.00

   b. Furnish labor equipment and materials to UHP blast hull keel to water line to remove existing Antifouling coating to prepare surface for new paint.
   $13,026.00

10. **HULL COATINGS**
    a. Furnish labor equipment and materials to apply one (1) spot coat of ship yard furnished epoxy pain to areas of hull with bare/uncoated steel.
    $3,200.00

THE GENERAL SHIP REPAIR CORPORATION  
1449 Key Highway  
Baltimore, Maryland 21230-5191  
U.S.A.

Phone: 410/752-7620  
Fax: 410/752-4650  
Email: info@generalshiprepair.com



PROPOSAL NO.  30150

---

   b. Furnish labor equipment and materials to apply one (1) full coat of epoxy and one (1) full coat of Ship yard furnished Antifouling paint, from the keel to the waterline, including cutting waterline and coating draft marks.

                                                                             $10,481.00

11. **TAILSHAFT REPAIRS**  
Furnish labor equipment and materials to weld journal and packing gland locations on both shafts, rig into lathe, machine to 7 ½" diameter, match bearing sizes.

                                                                             $30,565.00

12. **PROPELLER NUT**  
Furnish labor equipment and materials to machine flat wrench surfaces on to currently rounded port propeller nut.

                                                                                 $760.00

13. **LINE BORING**  
Furnish labor equipment and materials to bore port and stbd strut barrels to allow for proper alignment and chockfasting of bearings.

                                                                             $18,425.00

14. **KORT NOZZLE TESTING**  
Furnish labor equipment and materials to drill and gas free port and stbd kort nozzles. Pressure test port and stbd kort nozzles to ensure they are water tight, install plugs and close.

                                                                              $1,423.00

15. **UT SHOTS**  
Furnish labor equipment and materials to perform audio gauging of hull and internals per ABS and owners direction and provide report.

        $10.00 per shot        x 1052        $10,520.00

16. **FUEL TANK CLEANING**  
Furnish labor equipment and materials to clean and gas free #1 forward belly tank and # 3 port and stbd tanks.

                                                                              $8,365.00

17. **ANODES**  
Furnish labor equipment and materials to remove existing and install shipyard furnished 6"x12"x1 ¼" double strap weld on anodes.

        $145.00 per anode    X 72        $10,440.00

Provide one (1) anode for owner installation in engine room.
        $40.00                        $40.00

18. **FIBERGLASS TAILSHAFT**  
Furnish labor equipment and materials to remove loose and failing fiberglass wrap on port tailshaft, prepare and install new fiberglass wrap on shaft.

                                                                              $1,410.00

19. **ENGINE ALIGNMENT**  
Furnish labor equipment and materials to check engine alignment after undocking and provide report.

                                                                             $1,743.00

**THE GENERAL SHIP REPAIR CORPORATION**
**1449 Key Highway**
**Baltimore, Maryland 21230-5191**
**U.S.A.**



Phone: 410/752-7620
Fax: 410/752-4650
Email: info@generalshiprepair.com

**PROPOSAL NO. 30150**

| | |
|---|---|
| Total for all work performed……………………………………………………………………. | $186,949.00 |
| *(Materials used to complete this work $14,065.49)* | |
| **Work Started: 06/28/19** **Work Completed: 07/31/19** | |

**THE GENERAL SHIP REPAIR CORPORATION**  
1449 Key Highway  
Baltimore, Maryland 21230-5191  
U.S.A.

**Phone:** 410/752-7620  
**Fax:** 410/752-4650  
**Email:** info@generalshiprepair.com



| | | | | |
|---|---|---|---|---|
| **TO:** | TUG MS JANET<br>c/o T. Parker Host<br>150 W. Main Street, Suite 1600<br>Norfolk, VA 23510<br><br>ATTN: Don Milligan | **AND OWNERS** | DATE:<br><br>PROPOSAL NO.<br><br>INVOICE NO.<br><br>YOUR ORDER NO. | August 25, 2019<br><br>128-19<br><br>30162 |

**TERMS: DUE AND PAYABLE WHEN RENDERED**

**IMPORTANT TERMS AND CONDITIONS:** Work will be performed by us only upon the terms and conditions set forth on the reverse of the invoice/ proposal which shall be deemed to have been accepted by the customer upon arrival of the vessel at our yard, or upon commencement of marine or non-marine work by us at any location.

**TOTAL**

### TUG MS JANET
### DRYDOCK & REPAIR

1. **DRYDOCK**
   Furnish labor, material and equipment to block and haul the vessel. On completion of all repairs undock same. Furnish necessary linehandlers to shift the vessel into and out of the drydock. (If weather conditions warrant, there could be an additional charge for an assist tug.)
   $5,500.00
   Placement and removal of ballasting weights. (If necessary for drydocking trim)
   No Charge

2. **LAYDAYS**
   Furnish necessary lay days on drydock to complete all repairs. Lay days begin upon entering sill of drydock and end upon departing sill of drydock. There is a charge for each day or part thereof.
   $650.00 per day x 11 days        $7,150.00

3. **SERVICES**
   a. Gangway                                                              $500.00
   b. Shore Power Connect & Disconnect                                     $975.00
   c. Shore Power Daily         $95.00 Per day x 11                       $1,045.00
   d. Marine Chemist            $950.00/ Visit x 2                        $1,900.00
   e. Competent Person Report   $95.00/ Report x 6                        $570.00
   f. Crane Service             $250.00/hr
   g. Fork Service              $150.00/hr

4. **PORT SHAFT EVALUATION**
   Furnish labor equipment and materials to uncouple shaft from reduction gear, perform coupling end run out,   Perform coupling end face to face alignment, turn prop shaft to establish if bent.
   $2,093.00

**THE GENERAL SHIP REPAIR CORPORATION**  
1449 Key Highway  
Baltimore, Maryland 21230-5191  
U.S.A.

**Phone: 410/752-7620**  
**Fax: 416/752-4650**  
**Email:** info@generalshiprepair.com



Case 1:20-cv-02503-RDB  Document 1-2  Filed 08/31/20  Page 6 of 9

**PROPOSAL NO.  30162**

5. **PORT TAILSHAFT R&R**
   Furnish labor equipment and materials to perform the following:
   **a.** Remove the port tailshaft and rig to a flatbed truck, and reinstall after straightening.
       $5,388.00 per shaft x 1     $5,388.00
   **b.** Transport to a machine shop and back to GSR
                          $3,748.00
   **c.** Machine Shop evaluate, straighten and rewrap a portion of the Fiberglass
                          $3,569.00

6. **PROPELLER R&R -**
   Furnish labor equipment and materials to remove both port and stbd propeller, load on owner's furnished transport for owner's repair.   Reinstall when complete.
       $3,188.00 per propeller x 2    $6,376.00
   Note:  Port Propeller delivered by owner to Black Dog Propeller repair Shop, who was unable to complete required repairs.   Port and Stbd Propellers then delivered by owner to Wild Cat Propeller where repairs were completed.

7. **PORT STRUT REPAIR**
   Evaluate extent of crack and possible bend.  Air arc out crack found at strut shoe intersection and reweld.
                          $372.00

8. **PORT PROPULSION ALIGNMENT**
   Install a piano wire and check alignment of bearings and packing gland.
       $750.00 per wire x 1     $750.00
   Perform reduction gear coupling face run out.
                          $250.00

9. **UT SHOTS**
   Furnish labor equipment and materials to perform UT shots in afterpeak as directed by owner.
       $10 per shot x 10     $100.00

10. **STEEL WORK**
    Furnish labor equipment and materials to complete the following steel repairs:
    **a.** Crop off port ladder hand rail aft, above and below attachment to second deck and renew – 1 ½" pipe approximately 6" each
    **b.** Crop off and renew flange on t bar stbd side in steering gear lazerrette from frame 56 to transom approximately 18" long
    **c.** Crop out and renew broken round bar in port and stbd aft scuppers
    **d.** Reweld longitudinal support bar on stbd rudder (approximately 6")
                           $4,470.00

11. **STUFFING BOX**
    a. Grind open landing ring.   Knock out and grind out old landing ring.
                           $2,250.00

12. **COUPLING TO GEAR BOX ALIGNMENT CHECK**

**THE GENERAL SHIP REPAIR CORPORATION**     **Phone:** 410/752-7620
**1449 Key Highway**     **Fax:** 410/752-4650
**Baltimore, Maryland 21230-5191**     **Email:** info@generalshiprepair.com
**U.S.A.**

Case 1:20-cv-02503-RDB Document 1-2 Filed 08/31/20 Page 7 of 9

PROPOSAL NO. 30162

| | |
|---|---:|
| Furnish labor equipment and materials to check the face to face run out on the propeller/ reduction gear coupling | $920.00 |
| **13. SEA TRIAL** <br> After alignment Sea Trial vessel to check completion of work. | $2,090.00 |
| 14. **STBD TAIL SHAFT** <br> Furnish labor equipment and materials to remove packing on stbd tail shaft and install new packing. | $1,182.00 |
| Total for all work performed………………………………………………………. | $51,198.00 |

*(Materials used to complete this work $5,640.00)*

**Work Started: 08/12/19**
**Work Completed: 08/25/19**

Case 1:20-cv-02503-RDB Document 1-2 Filed 08/31/20 Page 7 of 9

**THE GENERAL SHIP REPAIR CORPORATION**
1449 Key Highway
Baltimore, Maryland 21230-5191
U.S.A.

Phone: 410/752-7620
Fax: 410/752-4650
Email: info@generalshiprepair.com



| | | | |
|---|---|---|---|
| **TO:** | TUG MS JANET **AND OWNERS** | DATE: | September 10, 2019 |
| | c/o T. Parker Host | | |
| | 150 W. Main Street, Suite 1600 | PROPOSAL NO. | 128-19 |
| | Norfolk, VA 23510 | | |
| | | INVOICE NO. | 30167 |
| | ATTN: Don Milligan | | |
| | | YOUR ORDER NO. | |

**TERMS: DUE AND PAYABLE WHEN RENDERED**

**IMPORTANT TERMS AND CONDITIONS:** Work will be performed by us only upon the terms and conditions set forth on the reverse of the invoice/ proposal which shall be deemed to have been accepted by the customer upon arrival of the vessel at our yard, or upon commencement of marine or non-marine work by us at any location.

**TOTAL**

### TUG MS JANET
### DRYDOCK & REPAIR

1. **DRYDOCK**
   Furnish labor, material and equipment to block and haul the vessel.  On completion of all repairs undock same.  Furnish necessary linehandlers to shift the vessel into and out of the drydock. (If weather conditions warrant, there could be an additional charge for an assist tug.)
   $5,500.00
   Placement and removal of ballasting weights. (If necessary for drydocking trim)
   No Charge

2. **LAYDAYS**
   Furnish necessary lay days on drydock to complete all repairs.  Lay days begin upon entering sill of drydock and end upon departing sill of drydock.   There is a charge for each day or part thereof.
   $650.00 per day x 12 days    $7,800.00

3. **SERVICES**
   a. Gangway                                                      $500.00
   b. Shore Power Connect & Disconnect                             $975.00
   c. Shore Power Daily            $95.00 Per day x 12             $1,140.00
   d. Marine Chemist               $950.00/ Visit x 1              $950.00
   e. Competent Person Report      $95.00/ Report x 2              $190.00
   f. Crane Service                $250.00/hr
   g. Fork Service                 $150.00/hr

4. **PORT PROPULSION SYSTEM MEASUREMENTS**
   Furnish labor equipment and materials to form the following:
   a. Take bearing clearance readings, strut, fore and aft, stern tube aft
         $125.00 per bearing x 4          $500.00
   b. Face to face run out at coupling and reduction gear
                                          $1,510.00

**THE GENERAL SHIP REPAIR CORPORATION**  **Phone:** 410/752-7620
1449 Key Highway  Case 1:20-cv-02503-RDB   Document 1-2   Filed 08/31/20   Page 9 of 9  **Fax:** 410/752-4650
Baltimore, Maryland 21230-5191  **Email:** info@generalshiprepair.com
U.S.A.

**PROPOSAL NO. 30167**

c. In place run out on propeller taper
$250.00

5. **PORT TAILSHAFT R&R**
Remove the port tailshaft and rig to GSR lathe for evaluation. Fabricate support chocks and load on deck of vessel as directed. Owner to lash in place as necessary.
$4,800.00

6. **PROPELLER R&R -**
Furnish labor equipment and materials to remove port propeller, and rig to pallet and off dock. Load on deck of vessel as directed. Owner to lash in place as necessary.
$2,800.00

7. **PORT PROPULSION ALIGNMENT**
Furnish labor equipment and materials to perform the following:
a. Furnish laser alignment sub contractor to confirm owner's alignment contractor findings.
$12,297.00
b. Furnish foundation to mount laser alignment equipment in engine room aft of engine.
$1,520.00

8. **PORT SHAFT RUN OUT**
Furnish labor equipment and materials to rig port tail shaft into lathe and perform run out to determine if shaft is true.
$2,383.00

9. **NDT TESTING OF PORT SHAFT**
Furnish labor equipment and materials to perform Non destructive testing on the port tail shaft to look for any potential damage.
$2,350.00

10. **BLANK OFF PORT STERN TUBE**
Furnish labor equipment and materials to fabricate a blank for the port stern tube/stuffing box.
$1,348.00

Total for all work performed……………………………………………………………….  $46,813.00

*(Materials used to complete this work $1,584.00)*

**Work Started: 08/27/19**
**Work Completed: 09/10/19**